# Court of Appeals, State of Michigan

## ORDER

People of MI v Ronald Johnson

Docket No. 315247

LC No. 12-009230-FC

Joel P. Hoekstra
Presiding Judge

Kurtis T. Wilder

Karen M. Fort Hood
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued September 16, 2014 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 04 2014

Date

Chief Clerk